UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN HOITT,

     Plaintiff,

v.                                                              Case No: 8:17-cv-1842-T-36AEP

CITIBANK, N.A. and CITIMORTGAGE,
INC.,

     Defendants.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 24).  In accord

with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as

follows:

    1)     The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 24).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and

attorneys' fees.

    3)     The Clerk is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida on June 4, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record